# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **SHERI "RENE" TEMPLETON, and JAMES RUSSELL TEMPLETON**, | § § § § | |
| *Plaintiffs*, | § § | CASE NO. 2:14-cv-255 |
| v. | § § | |
| **WAL-MART REAL ESTATE BUSINESS TRUST; WAL-MART STORES TEXAS LLC; WAL-MART STORES INC.; and WAL-MART TRS LLC,** | § | |
| *Defendants.* | | |

## ORDER

Currently before the Court is the Defendants' Motion to Transfer Venue filed by all Defendants on May 27, 2014 (Dkt. No. 3). After considering the briefs of counsel, the Court has determined that the motion should be GRANTED, and the Clerk is directed as follows:

(1) The Clerk shall show this matter transferred to the Tyler Division of this Court, and

(2) The undersigned shall retain responsibilty for this action and accordingly, the Clerk shall maintain the same assignment of judicial officers as currently exits.

All previous orders and schedules shall remain in place.

**So ORDERED and SIGNED this 29th day of October, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE