**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **SHERI RENE TEMPLETON, ET AL.** | § § § | |
| **Plaintiffs** | § § | |
| vs. | § § | CIVIL NO. 2:14-CV-00255 |
| **WAL-MART REAL ESTATE BUSINESS TRUST, ET AL.** | § § § § | |
| **DefendantS** | § § | |

### MEDIATOR'S REPORT OF SETTLEMENT

Mediation was conducted between the parties on November 24, 2014. All proper parties appeared. The conference resulted in settlement between the parties. Counsel are in the process of drafting dispositive pleadings, which should be filed shortly.

/s/ James W. Knowles
JAMES W. KNOWLES, MEDIATOR

### CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on the 25th day of November, 2014.

/s/ James W. Knowles
JAMES W. KNOWLES, MEDIATOR