**IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SHERI "RENE" TEMPLETON and § <br> JAMES RUSSELL TEMPLETON § <br> § <br> v. § <br> § <br> WAL-MART REAL ESTATE § <br> BUSINESS TRUST; § <br> WAL-MART STORES TEXAS, § <br> LL; WAL-MART STORES, INC.; § <br> and  WAL-MART TRS LLC § | CIVIL ACTION NO. 2:14-CV-255 - JRG |

## ORDER OF DISMISSAL

On this day came for consideration Plaintiff's Motion to Dismiss with Prejudice (Dkt. No. 24). The Court, after due consideration, is of the opinion that the Motion should be, and is hereby, **GRANTED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** that all claims  asserted herein against Defendant are hereby dismissed with prejudice.

**So Ordered this**
**Mar 17, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE